STATEWIDE GRIEVANCE COMMITTEE *v.*
ARTHUR O. KLEIN

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 903 (AC 19331), is denied.

SULLIVAN, J., did not participate in the consideration or decision of this petition.

*Arthur O. Klein,* pro se, in support of the petition.

*Maureen A. Horgan,* assistant bar counsel, in opposition.

Decided March 2, 2000

IN RE SHAMIKA F. ET AL.

The respondent father's petition for certification for appeal from the Appellate Court (AC 19460) is granted, limited to the following issue:

"Is an order of temporary custody a final judgment for purposes of appeal or must any such appeal wait until an order of termination of parental rights is entered in the matter?"

KATZ, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 16263.

*Kenneth Paul Fox,* in support of the petition.

*Mary K. Lenehan,* assistant attorney general, in opposition.

Decided March 2, 2000